IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00188-JLK

UNITED STATES OF AMERICA,

    Plaintiff

v

RANDEL CUNNINGHAM,

    Defendant

---

**OF HABEAS CORPUS AD PROSEQUENDUM**

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD, GREETIN

    We command you that you bring the body of RANDEL CUNNINGHAM, DOB: 07/12/1976, now in the custody of COLORADO DEPARTMENT OF CORRECTIONS, Canon City, Colorado, before a United States Magistrate Judge, on the 15th day of May, 2007, to appear on an initial appearance hearing and to remain in federal custody until this case is completed.

    You are further commanded to serve a certified copy of this writ on the COLORADO DEPARTMENT OF CORRECTIONS, Canon City or

the Warden, or Superintendent, of any other institution wherein RANDEL CUNNINGHAM is confined.

ORDERED this **14**th day of **May**, 2007.

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO