IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00188-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

5.  RANDEL CUNNINGHAM,

      Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The government is directed to respond to all pending motions on or before February 19, 2010.

Dated: February 8, 2010

                                       s/Jane Trexler, Judicial Assistant